United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ANGELITOS HEALTH CARE, INC. ) | |
| ) | |
| VS. ) | CIVIL ACTION NUMBER |
| ) | 7:20-CV-0035 |
| XAVIER BECERRA ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding the parties' cross-motions for summary judgment and Plaintiff's Motion for Attorney's Fees. After having reviewed the said Report, and after appropriate review of any objections thereto, the Court is of the opinion that the conclusions in said Report should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 33 are hereby adopted by this Court, such that Plaintiff's Motion for Summary Judgment is granted-in-part and denied-in-part, the Secretary's Motion for Summary Judgment is granted-in-part and denied-in-part, Plaintiff's Motion for Attorney's Fees is denied as premature, and the above-captioned case is REMANDED to the agency for further proceedings consistent with the Report.

The Clerk shall send a copy of this Order to the parties.
DONE this 31st day of March, 2022, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE